# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PHILIP A. CALLAIS

VERSUS

NANCY LANDRY, IN HER
OFFICIAL CAPACITY AS
LOUISIANA SECRETARY OF
STATE, SHERRI WHARTON
HADSKEY, IN HER OFFICIAL
CAPACITY AS COMMISSIONER OF
ELECTIONS

NO. 2024 CW 1005

DECEMBER 23, 2024

---

In Re:    Nancy Landry, in her official capacity as Louisiana
          Secretary of State, and Sherri Wharton Hadskey, in her
          official capacity as Commissioner of Elections, applying
          for supervisory writs, 19th Judicial District Court,
          Parish of East Baton Rouge, No. 753349.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's October 15, 2024 judgment which denied the exception of insufficiency of service of process filed by defendants is reversed. While not using the word "unconstitutional", the petition did allege that the Election Code does not provide for certain matters which are mandated by Article XI, Section 2 of the Louisiana Constitution, and at the hearing on this exception, counsel for plaintiff acknowledged he would be alleging unconstitutionality of some statutory provisions. The writ is granted for the limited purpose of remanding this matter to the district court with instructions to order plaintiff to serve the petition upon the attorney general of the state in accordance with Article 1314. <u>See</u> La. Code Civ. P. art. 855.1.

                         PMc
                         JEW
                         WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT